AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whinery, Brenda M. | U.S. Bankruptcy Court, District of Arizona | 4/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

James A. Walsh U.S. Courthouse
38 S. Scott Ave
Tucson, AZ 85701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Mesch, Clark & Rothschild 401(k) Retirement Plan (two assets remain in self-directed account) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 4/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ | April 13-14, 2015 | San Antonio, TX | NCBJ Mid-Year Meeting | Lodging, transportation expenses |
| 2. | NCBJ | September 26-30, 2015 | Miami, FL | NCBJ Annual Meeting | Lodging (3 nights), transportation expenses |
| 3. | American Bankruptcy Institute | December 4, 2015 | Phoenix, AZ | ABI Winter Leadership Conference | Transportation expenses, meal |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 4/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Card Services | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 4/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Accounts | A | Interest | K | T | | | | | |
| 2. Chase Bank - Accounts | A | Interest | L | T | | | | | |
| 3. USAA - Account | A | Interest | J | T | | | | | |
| 4. Trust #1 | | | | | | | | | |
| 5. -Bank of America - Account | A | Interest | N | T | | | | | |
| 6. Wells Fargo Brokerage Account - Trust | | | | | | | | | |
| 7. -Cash - Wells Fargo | C | Interest | M | T | | | | | |
| 8. -Alerian MLP - Stock ETF | B | Dividend | | | Sold | 12/15/15 | K | A | |
| 9. -Chevron Corp Stock | B | Dividend | K | T | | | | | |
| 10. -National Retail PPTYS Stock | B | Dividend | K | T | | | | | |
| 11. -Citigroup Funding Inc Bond | A | Interest | | | Redeemed | 03/06/15 | K | A | |
| 12. -Hartford Financial Services Bond | A | Interest | | | Redeemed | 03/30/15 | K | A | |
| 13. -General Motors Preferred Stock | B | Dividend | K | T | | | | | |
| 14. Transocean Inc (X) | B | Interest | | | Buy | 01/22/15 | K | | |
| 15. Transocean Inc. (X) | B | Interest | | | Sold | 12/15/15 | K | A | |
| 16. -Vanguard Index 500 Trust | B | Dividend | L | T | | | | | |
| 17. -Golf Links Green Building LLC | C | Distribution | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 4/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Forbes Warehouse LLC | C | Distribution | K | U | | | | | |
| 19. -NW Ambulatory Building LLC | C | Distribution | | | Sold | 12/31/15 | L | E | |
| 20. -Fremont Street LLC | D | Distribution | K | U | | | | | |
| 21. Wells Fargo IRA | | | | | | | | | |
| 22. -Cash | A | Interest | L | T | | | | | |
| 23. -Walt Disney Co. Stock | A | Dividend | K | T | | | | | |
| 24. -General Electric Co. Stock | A | Dividend | J | T | | | | | |
| 25. -Home Depot Inc. Stock | A | Dividend | J | T | | | | | |
| 26. -Intel Corp Stock | A | Dividend | J | T | | | | | |
| 27. -Int'l Rectifier Corp Stock | A | Dividend | | | Sold | 01/14/15 | J | A | |
| 28. -Manpower Group Stock | A | Dividend | K | T | | | | | |
| 29. -Dow Chemical Bond | A | Interest | | | Redeemed | 12/15/15 | K | A | |
| 30. -Pimco FDS Total Return Fund | A | Interest | K | T | | | | | |
| 31. -Conoco Phillips Co. Bond | A | Interest | K | T | | | | | |
| 32. -Pimco Equity Series Mutual Fund | A | Interest | L | T | | | | | |
| 33. -AT&T Inc. Bond | B | Interest | L | T | | | | | |
| 34. -Goldman Sachs Group Notes | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 4/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Goldman Sachs MLP Energy Fund | B | Interest | J | T | | | | | |
| 36. -Kinder Morgan Energy Unsecured (X) | B | Interest | K | T | Buy | 06/16/15 | L | | |
| 37. -MetLife Inc. Notes | B | Interest | | | Redeemed | 06/15/15 | K | A | |
| 38. Mesch, Clark & Rothschild 401(k) | | | | | | | | | |
| 39. -Fremont LLC | C | Distribution | K | U | | | | | |
| 40. -Wattis Runway Drive | C | Distribution | K | U | | | | | |
| 41. 529 Account - Washington Mutual Investors Funds-ShareClass C | A | Dividend | J | T | | | | | |
| 42. Jackson National Life Annuity | A | Interest | K | T | | | | | |
| 43. Vanguard Index 500 | B | Dividend | L | T | | | | | |
| 44. Wells Fargo Brokerage Account | | | | | | | | | |
| 45. -Walt Disney Co. Stock | A | Dividend | J | T | | | | | |
| 46. -Intel Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 4/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Whinery, Brenda M. | 4/28/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brenda M. Whinery**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544